IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 22-cr-95-01-RJL |
| v. : | |
| BENJAMIN SOTO, JR., : | |
| *Defendant*. : | |

**DEFENDANT'S *UNOPPOSED* MOTION FOR A HEARING**

Defendant Benjamin Soto, Jr., through undersigned counsel, moves the Court for an Order setting a hearing on the Government's Appeal of the Release Order (D.E. 8) and states as follows:

1. On April 6, 2022, Mr. Soto, Jr. was arrested in this matter and subsequently appeared for an initial presentment and detention hearing in the United States District Court for the District of Arizona.

2. At the detention hearing, Magistrate Judge Lynette Kimmins ordered Mr. Soto Jr. released on standard conditions. Judge Kimmins granted the Government a stay until 5:00 p.m. EST on April 12, 2022 to appeal her ruling.

3. The Government filed its motion for a review and appeal of the release order shortly thereafter on April 12, 2022. That same day, this Court ordered that Mr. Soto, Jr. "be temporarily detained pending adjudication of the United States' motion for review and appeal of the order of release" (Apr. 12, 2022 Min. Order).

4. On April 15, 2022, Mr. Soto Jr. filed his opposition submission to the Government's Appeal (D.E. 13).

5. Mr. Soto, Jr. respectfully requests a hearing on the Government's appeal at the

parties' next hearing in this matter on May 3, 2022 at 4:00 p.m. (Apr. 11, 2022 Min. Order), as Arizona counsel Christopher Scileppi, Esq. intends to appear in person (with undersigned local counsel) before the Court on behalf of Mr. Soto, Jr.[1] If that date is subsequently vacated by the Court, Mr. Soto, Jr. requests that a hearing on the Government's appeal be held at the first proceeding held in this matter upon the Defendant's appearance in the jurisdiction.

6.  On April 22, 2022, undersigned counsel conferred with Government counsel about the present motion and the Government, through its counsel, does not oppose the Defendant's motion for a hearing.

Dated: April 22, 2022                                   Respectfully submitted,

    /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
Silverman, Thompson, Slutkin & White LLC
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

Christopher L. Scileppi (*Pro Hac Vice Pending*)
Law Office of Christopher L. Scileppi, P.L.L.C.
115 W. Washington Street
Tucson, Arizona 85701
Telephone: (520) 449-8446
Facsimile:  (520) 449-8447
Email: chris@scileppilaw.com

---

[1] A *pro hac vice* application seeking the admission of Mr. Scileppi as counsel is currently pending before the Court.